**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A.,<br><br>    Plaintiff,<br><br>    v.<br><br>TERESA LOPEZ, et al.,<br><br>    Defendants. | Case No.: 4:13-cv-3490 KAW<br><br>ORDER TO SHOW CAUSE |

Defendants Teresa Lopez and David Garcia removed this unlawful detainer case from the Stanislaus County Superior Court on July 29, 2013. They are proceeding pro se. Defendants did not pay the filing fee.

Defendant Garcia, but not Defendant Lopez, filed an application to proceed in forma pauperis. Upon review of Garcia's application to proceed in forma pauperis, it appears that he cannot afford the costs of suit. Accordingly, the application is granted. However, the case may not proceed with respect to Defendant Lopez until she pays the filing fee or files an application to proceed in forma pauperis. Defendant Lopez is ordered to do so within 14 days of the date of this order.

The notice of removal states that this Court has diversity jurisdiction over this case. District courts have jurisdiction in civil actions where there is complete diversity of citizenship among the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a). Here, the complaint alleges that the amount in controversy does not

exceed $10,000.  Defendants are ordered to show cause, within 14 days of the date of this order, why this case should not be remanded to the Stanislaus County Superior Court for lack of federal jurisdiction.

It is so ORDERED.

DATE:  August 6, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE