# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A.,<br><br>    Plaintiff,<br><br>    v.<br><br>TERESA LOPEZ, et al.,<br><br>    Defendants. | Case No.: 4:13-cv-3490 KAW<br><br>ORDER OF REMAND |

Defendants Theresa Lopez and David Garcia removed this unlawful detainer action from Stanislaus County Superior Court on July 29, 2013. They are proceeding *pro se*.

The notice of removal states that this court has diversity jurisdiction over this case. District courts have jurisdiction in civil actions where there is complete diversity of citizenship among the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a). Here, the complaint alleges that the amount in controversy does not exceed $10,000.

On August 6, 2013, this court ordered Defendants to show cause why the case should not be remanded to Stanislaus County Superior Court for lack of federal jurisdiction. Defendants were given 14 days to respond to the court's order. Defendants have not done so.

In the order to show cause, the court also granted Defendant Garcia's application to proceed *in forma pauperis*. The court also ordered that Defendant Lopez, who had not filed an application to proceed *in forma pauperis*, pay the filling fee or file such an application within 14 days of the order. Defendant Lopez has not done so.

1  Good cause appearing, the court hereby orders that this case be remanded to Stanislaus County
2  Superior Court.
3  IT IS SO ORDERED.

DATE: September 10, 2013

                                  KANDIS A. WESTMORE
                                  United States Magistrate Judge